IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES ABBOTT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:17cv267-MHT (WO) |
| OFFICER SALTER, et al., | ) ) | |
| Defendants. | ) | |

OPINION AND ORDER

Plaintiff, a state prisoner, filed a motion for preliminary injunction seeking injunctive relief from any further harassment or intimidation by a named defendant in this action. This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 30) is adopted.

(2) The motion for preliminary injunction (doc. no. 20) is denied.

This case is referred back to the magistrate judge for further proceedings.

DONE, this the 2nd day of March, 2018.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**